# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | Civil Action No.: 11-cv-6467 (CCC) |
| Plaintiff, | |
| v. | |
| $322,290.00 SEIZED AS FOLLOWS: $301,957.00 SEIZED FROM GEORGE KOKENYEI, et seq., | O R D E R |
| Defendants, | |

This matter comes before the Court on the motion to remand by the State of New Jersey through the Bergen County Prosecutor ("Plaintiff") [ECF Docket No. 4]. On July 5, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Plaintiff's motion to remand be granted [ECF Docket No. 22]. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 20th day of July, 2012

**ORDERED** that this Court adopts Judge Dickson's July 5, 2012 Report and Recommendation and thus grants Plaintiff's motion to remand.

*s/Claire C. Cecchi*
_____
HON. CLAIRE C. CECCHI
United States District Judge